ORIGINAL

SEALED
BY ORDER OF THE COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 3 1 2025

at ____ o'clock and ____ min. ____ M
Lucy H. Carrillo, Clerk

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

BARBARA EUCKER
Assistant United States Attorney
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Barbara.Eucker@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEREMY DANIEL ORTEGA, <br><br> Defendant. | CR. NO. CR25-00070 MWJS <br><br> INDICTMENT <br><br> [18 U.S.C. § 113(a)(4); 49 U.S.C. § 46504] |

INDICTMENT

The Grand Jury charges:

Count 1
Assault By Striking
(18 U.S.C. § 113(a)(4))

On or about October 10, 2024, within the special aircraft jurisdiction of the United States, namely United Airlines, Flight 1175, in flight, and within the jurisdiction of the District of Hawaii, JEREMY DANIEL ORTEGA, the defendant, did assault V.M., a passenger on United Airlines, Flight 1175, by intentionally and knowingly striking V.M. in an offensive manner without justification or excuse.

All in violation of Title 18, United States Code, Section 113(a)(4) and Title 49, United States Code, Section 46506(1).

Count 2
Interference with Flight Crew Members and Attendants
(49 U.S.C. § 46504)

On or about October 10, 2024, within the special aircraft jurisdiction of the United States, namely United Airlines, Flight 1175, in flight, and within the jurisdiction of the District of Hawaii, JEREMY DANIEL ORTEGA, the defendant, did unlawfully and knowingly, by assaulting and intimidating flight attendants, interfere with the performance of the duties of the flight attendants and lessen the ability of the flight attendants to perform those duties, and attempted to do any such act, on United Airlines, Flight 1175, flying from San Francisco International Airport

in San Francisco, California to Daniel K. Inouye International Airport in Honolulu, Hawaii.

All in violation of Title 49, United States Code, Section 46504 and Title 18, United States Code, Section 3238.

DATED: July 31, 2025, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

*(signature)* (FOR)
KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

*(signature)*
BARBARA EUCKER
Assistant United States Attorney

United States v. Ortega
Indictment
Cr. No.   CR 25-00070 MWJS

3