ORIGINAL

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

BARBARA EUCKER
Assistant United States Attorney
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Barbara.Eucker@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 3 0 2025
at 4 o'clock and 20 min. P M
Lucy H. Carrillo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No. CR 25-00070 MWJS |
| | ) |
| v. | ) SUPERSEDING INDICTMENT |
| | ) |
| JEREMY DANIEL ORTEGA, | ) [18 U.S.C. § 113(a)(4); 49 U.S.C. § 46504] |
| | ) |
| Defendant. | ) |
| | ) |

SUPERSEDING INDICTMENT

The Grand Jury charges:

Count 1
Assault By Striking
(18 U.S.C. § 113(a)(4))

On or about October 10, 2024, in the special aircraft jurisdiction of the United States, namely United Airlines, Flight 1175, in flight, and in the District of Hawaii, JEREMY DANIEL ORTEGA, the defendant, did assault R.I., a flight attendant on United Airlines, Flight 1175, by intentionally striking R.I.

All in violation of Title 18, United States Code, Section 113(a)(4) and Title 49, United States Code, Section 46506(1).

Count 2
Assault By Striking
(18 U.S.C. § 113(a)(4))

On or about October 10, 2024, in the special aircraft jurisdiction of the United States, namely United Airlines, Flight 1175, in flight, and in the District of Hawaii, JEREMY DANIEL ORTEGA, the defendant, did assault V.M., a passenger on United Airlines, Flight 1175, by intentionally striking V.M.

All in violation of Title 18, United States Code, Section 113(a)(4) and Title 49, United States Code, Section 46506(1).

<u>Count 3</u>
Interference with Flight Crew Members and Attendants
(49 U.S.C. § 46504)

On or about October 10, 2024, in the special aircraft jurisdiction of the United States, namely United Airlines, Flight 1175, in flight, and in the District of Hawaii, JEREMY DANIEL ORTEGA, the defendant, did unlawfully and knowingly, by assaulting and intimidating a flight attendant, interfere with the performance of the duties of the flight attendants and lessen the ability of the flight attendants to perform those duties, and attempted to do any such act, on United Airlines, Flight 1175, flying from San Francisco International Airport in San Francisco, California to Daniel K. Inouye International Airport in Honolulu, Hawaii.

//

//

//

//

//

//

//

//

//

All in violation of Title 49, United States Code, Section 46504 and Title 18, United States Code, Section 3238.

DATED: October 30, 2025, at Honolulu, Hawaii.

A TRUE BILL

*/s/ Foreperson*
FOREPERSON, GRAND JURY

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

BARBARA EUCKER
Assistant United States Attorney

United States v. Ortega
Superseding Indictment
Case No. CR 25-00070 MWJS